## WILLIAM GILKINSON AND GEORGE MOFFAT, SURVIVING EXECUTORS, ETC., OF RICHARD PATTINSON, DECEASED, *versus* ROBERT SMART

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued, judgment *p. 226.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return.
*Office Docket*, MS p. 150, c. 74. (Case 124 of 1820) Recorded in *Book A*, MS pp. 188–90.